UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON RUBENSTEIN,<br><br>         Plaintiff,<br><br>      v.<br><br>BRUCE R. BERKOWITZ, and FAIRHOLME CAPITAL MANAGEMENT, LLC,<br><br>         Defendants,<br><br>      and<br><br>SEARS HOLDINGS CORP.,<br><br>         Nominal Defendant. | 17-cv-821 (JPO)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the Affidavit of Fernando M. Font, sworn to April 27, 2017, the exhibits thereto, the Complaint, the accompanying memorandum of law, and all of the prior proceedings had herein, Defendants Fairholme Capital Management, LLC and Bruce R. Berkowitz, by and through their attorneys, Seward & Kissel LLP, will move this Court before the Honorable J. Paul Oetken, at the United States District Court, Southern District of New York, 40 Foley Square, New York, NY 10007, at a time and date convenient for the Court, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint for failure to state a claim upon which relief may be granted and granting such other and further relief as this Court deems just and proper.

                 SEWARD & KISSEL LLP

            By: _____
                 Mark J. Hyland
                 Noah S. Czarny (awaiting SDNY admission)
                 SEWARD & KISSEL LLP
                 One Battery Park Plaza
                 New York, New York 10004
                 Tel: (212) 574-1200
                 *Attorneys for Defendants Bruce R. Berkowitz*
                 *and Fairholme Capital Management, LLC*