UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON RUBENSTEIN,<br>　　　　　　　　　　Plaintiff,<br>v.<br><br>BRUCE R. BERKOWITZ, and FAIRHOLME CAPITAL MANAGEMENT, LLC, and JOHN DOES 1 THROUGH 13,<br>　　　　　　　　　　Defendants,<br><br>and<br><br>SEARS HOLDINGS CORP.,<br>　　　　　　　　　　Nominal Defendant. | 17-cv-821 (JPO)<br><br>**NOTICE OF MOTION** |

　　　　　PLEASE TAKE NOTICE that upon Fairholme Capital Management, LLC and Bruce R. Berkowitz's (the "Fairholme Defendants") Answer, the exhibits A – M attached thereto, the Amended Complaint, the accompanying memorandum of law, the Court's Opinion and Order filed December 11, 2017 (ECF No. 25), and all of the prior pleadings and proceedings had herein, the Fairholme Defendants, by and through their attorneys, Seward & Kissel LLP, will move this Court before the Honorable J. Paul Oetken, at the United States District Court, Southern District of New York, 40 Foley Square, New York, NY 10007, at a time and date convenient for the Court, for an order pursuant to Fed. R. Civ. P. 12(c) granting them judgment on the pleadings dismissing the Amended Complaint and such other and further relief as this Court deems just and proper.

　　　　　　　　　　　　　　　SEWARD & KISSEL LLP

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Mark J. Hyland
　　　　　　　　　　　　　　　Noah S. Czarny
　　　　　　　　　　　　　　　SEWARD & KISSEL LLP
　　　　　　　　　　　　　　　One Battery Park Plaza
　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　Tel: (212) 574-1200

　　　　　　　　　　　　　　　*Attorneys for Defendants Bruce R. Berkowitz*
　　　　　　　　　　　　　　　*and Fairholme Capital Management, LLC*