UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON RUBENSTEIN,

                Plaintiff,

    -v-

BRUCE R. BERKOWITZ, et al.,

                Defendants.

17-CV-821 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The motion at Docket Number 36 is GRANTED. Plaintiff shall file the proposed complaint at Docket Number 36-1 as a separate docket entry.

    Defendants Bruce R. Berkowitz and Fairholme Capital Management, L.L.C. are dismissed from this suit with prejudice.

    The conference presently scheduled for March 9, 2018, is adjourned.

    SO ORDERED.

Dated: March 8, 2018
       New York, New York

                                                    J. PAUL OETKEN
                                             United States District Judge