UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON RUBENSTEIN,

                Plaintiff,

        -v-

BRUCE R. BERKOWITZ, et al.,

                Defendants.

17-CV-821 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    In light of the amended complaint filed in this case, the motion for judgment on the pleadings at Docket Number 31 is DENIED as moot.

    SO ORDERED.

Dated: March 12, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge