UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON RUBENSTEIN,

                Plaintiff,

         -v-

BRUCE R. BERKOWITZ, et al.,

                Defendants.

17-CV-821 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Pursuant to the letter submitted to the Court by counsel for Plaintiff, the Clerk of Court is directed to seal the entry at Docket Number 38-1. Counsel for Plaintiff is directed to refile that exhibit with the appropriate redactions.

    SO ORDERED.

Dated: March 19, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge