**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| AARON RUBENSTEIN | : | |
| | : | |
| Plaintiff, | : | Case No. 17-cv-821 |
| | : | |
| v. | : | ECF Case |
| | : | |
| CARLOS RODRIGUEZ, JOHN R. BURCH, CHARLES KEATES, HEINZ WIEZOREK, CHARLOTTE WIEZOREK, EVA WIEZOREK, THOMAS BRUNNER, GARY ATWELL, SUSAN ATWELL, LARRY SOUZA, SHARON SOUZA, ROBERT RUBIN, NANCY RUBIN, and JENNIFER COLL, *individually and as trustee for unknown beneficiaries*, | : | |
| Defendants, | : | |
| and | : | |
| SEARS HOLDINGS CORP.., | : | |
| Nominal Defendant. | : | |

---

**ANSWER OF NOMINAL DEFENDANT SEARS HOLDINGS COPR. TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Nominal Defendant Sears Holdings Corp. ("Sears"), by and through its undersigned counsel, hereby responds to the Second Amended Complaint of Plaintiff Aaron Rubenstein ("Plaintiff").

The Complaint names Sears solely as a nominal defendant with respect to claims that Plaintiff purports to assert derivatively against other defendants under Section 16(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78p(b).  No claims are asserted against Sears, and no relief is sought from Sears.  Rather, the Complaint seeks to assert claims that, if they exist, would belong to Sears.  Accordingly, no answer or other response to the Complaint is required from Sears.  Sears reserves all of its rights with respect to this action, including the right to assert that Plaintiff lacks standing to sue on Sears's behalf.

DATED: New York, NY
       March 22, 2018       Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Amy J. Greer
       Amy J. Greer
       101 Park Avenue
       New York, NY  10178
       (212) 309-6860
       amy.greer@morganlewis.com

/s/ Joseph E. Floren
Joseph E. Floren, Esq. (admitted *pro hac vice*)
One Market Street, Spear Street Tower
San Francisco, CA 94114
Tel: (415) 442-1000
joseph.floren@morganlewis.com

/s/ Katarzyna Mularczyk
Katarzyna Mularczyk
101 Park Avenue
New York, NY  10178
(212) 309-6130
katarzyna.mularczyk@morganlewis.com

*Attorneys for Nominal Defendant Sears Holdings Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2018, I authorized the electronic filing of a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses of all counsel of record.

DATED:   March 22, 2018         /s/ Joseph E. Floren
                                              Joseph E. Floren, Esq. (admitted *pro hac vice*)
                                              MORGAN, LEWIS & BOCKIUS LLP
                                              One Market Street, Spear Street Tower
                                              San Francisco, CA 94114
                                              Tel: (415) 442-1000
                                              joseph.floren@morganlewis.com