UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Job #: 22420

Attorneys: Company: David Lopez | Esq. PH: (631) 287-5520
Address: 171 Edge of Woods Road | P Southampton, NY 11968

Aaron Rubenstein

*Plaintiff*

V.

Carlos Rodriguez, John R. Burch, Charles Keates, et al.

*Defendants*

Case Number: 17 Civ. 821

Date Filed:
Client's File No.:
Court/Return Date:

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

## AFFIDAVIT OF SERVICE

**Reginald Hunter**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **May 1, 2018**, at **8:05 PM** at **708 Greenwich Street, Apt. 5G, New York, NY 10014**, Deponent served the within **Summons and Second Amended Complaint**

On: **Jennifer Coll**, Defendant therein named.

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called there

Address confirmation:

☐ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to  personally. Deponent knew said entity so served to be the entity described in said aforementioned document as said subject and knew said individual to be  thereof.

☐ **#5 MAILING**
On , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" from a depository under the exclusive care and custody of the United States Post Office in the State of New York.

☐ An additional mailing was completed to the address above by certified mail.

☒ **#6 DESCRIPTION**
Sex: Female    Color of skin: White    Color of hair: Blonde    Age: 35 - 45 Yrs.
Height: 5 ft 5 in - 5 ft 8 in    Weight: 131-160 Lbs.    Other Features:

☒ **#7 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#9 OTHER**

Sworn to before me on May 2, 2018

BRUCE LAZARUS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01LA4992593
Qualified in New York County
My Commission Expires January 13, 2022



Reginald Hunter
1346142

708 Third Avenue, New York, NY 10017
212-393-9070 www.legaleaseinc.com

**LEGAL EASE INC.**