AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Aaron Rubenstein, )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 17 Civ. 821 (JPO)
Carlos Rodriguez, John R. Burch, Charles Keates, )
Heinz Wiezorek, Charlotte Wiezorek, Eva Wiezorek, )
Thomas Brunner, Gary Atwell, Susan Atwell, Larry )
Souza, Sharon Souza, Robert Rubin, Nancy Rubin, )
and Jennifer Coll, individually and as trustee for )
unknown beneficiaries )
*Defendant(s)* )

and Sears Holdings Corp., Nominal Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles Keates
6022 West Chester Pike
Newtown Square, PA 19073

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Miriam Tauber
MIRIAM TAUBER LAW
885 Park Ave 2A
New York NY 10075
or by email to: MiriamTauberLaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/8/2018         /s/ P. Canales
                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Charles Keates__

was received by me on *(date)* __5/1/18__ .

☑ I personally served the summons on the individual at *(place)* __6022 West Chester Pk., Newtown Square, PA at 9:50 am__ on *(date)* __5/7/18__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __5/8/18__

_____
Server's signature

__Joseph Valentine - Process Server__
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

```
Served: Summons and Second Amended
        Complaint
```