AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Aaron Rubenstein,

*Plaintiff(s)*

v.

Carlos Rodriguez, John R. Burch, Charles Keates, Heinz Wiezorek, Charlotte Wiezorek, Eva Wiezorek, Thomas Brunner, Gary Atwell, Susan Atwell, Larry Souza, Sharon Souza, Robert Rubin, Nancy Rubin, and Jennifer Coll, individually and as trustee for unknown beneficiaries

*Defendant(s)*

and Sears Holdings Corp., Nominal Defendant

Civil Action No. 17 Civ. 821 (JPO)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert Rubin and Nancy Rubin

Address for both Defendants:
625 Bodwell Street Extension
Avon, MA 02322

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Miriam Tauber
MIRIAM TAUBER LAW
885 Park Ave 2A
New York NY 10075
or by email to: MiriamTauberLaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/8/2018

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 1:17-CV-00821-JPO | United States District Court for the Southern District of New York | | 2251960 (Rubenstein v Sears) |
| **Plaintiff / Petitioner:** AARON RUBENSTEIN | | **Defendant / Respondent:** CARLOS RODRIGUEZ, et al. | |
| **Received by:** Michael R. Meyer - CPS2016/SPS1460 | | **For:** Legal Ease Inc. | |
| **To be served upon:** ROBERT RUBIN | | | |

I, Michael R. Meyer - CPS2016/SPS1460, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** ROBERT RUBIN, 17 SAINT JAMES DR, PALM BEACH GARDENS, FL 33418-4018
**Manner of Service:** Posted, May 7, 2018, 6:12 am EDT
**Documents:** Summons (Received May 4, 2018 at 8:25am EDT), Second Amended Complaint, including Exhibits (Received May 4, 2018 at 8:25am EDT)

**Additional Comments:**
1) Unsuccessful Attempt: May 4, 2018, 3:38 pm EDT at 17 SAINT JAMES DR, PALM BEACH GARDENS, FL 33418-4018
Attempt made not served. Residents are avoiding contact. Security and the female neighbor at 19 confirmed residency of both defendants. No answer or movement at courtyard door. I rang the buzzer several times but there was no response. There was a yard maintenance invoice and a USPS package for Robert Rubin at the door (photo available). There are also multiple cameras on the property. While returning from speaking to the neighbor at 19 I witnessed the door to the garage closing. I saw a dark colored BMW convertible with a Florida tag in the garage, but the door was already half closed when I saw it so I was unable to see the person that came out of the garage and retreated before I could catch them. I announced my purpose and knocked a few more times, but no one responded. I know that someone came out of the garage because after it closed the package and invoice that were on the courtyard door were now gone.

2) Unsuccessful Attempt: May 5, 2018, 9:44 pm EDT at 17 SAINT JAMES DR, PALM BEACH GARDENS, FL 33418-4018
Attempt made not served. No answer or movement inside. Package for Nancy Rubin at the door. Photo available.

3) Unsuccessful Attempt: May 7, 2018, 6:11 am EDT at 17 SAINT JAMES DR, PALM BEACH GARDENS, FL 33418-4018
Attempt made not served. No answer or movement inside. Package for Nancy Rubin at the door.

4) Successful Attempt: May 7, 2018, 6:12 am EDT at 17 SAINT JAMES DR, PALM BEACH GARDENS, FL 33418-4018 received by ROBERT RUBIN. Posted documents to a white double door of a one story single family home with gray stucco.

Under penalties of perjury, I swear or affirm that, pursuant to Fla. Stat. 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, I have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

Michael R. Meyer - CPS2016/SPS1460      Date 5/7/18

Legal Ease Inc.
205 East 42nd Street 20th Floor
New York, NY 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aaron Rubenstein,

                              Plaintiff,

-vs-

Carlos Rodriguez, John R. Burch, et al.

                              Defendants.

Case No.
17 Civ. 821 (JPO)

AFFIDAVIT OF MAILING

STATE OF NEW YORK}
COUNTY OF NEW YORK}ss:

Reginald Hunter, being duly sworn, deposes and says, I am not a party to this action, am over 18 years old and reside at Bronx, NY;

On May 7, 2018, I mailed a copy of the within SUMMONS, SECOND AMENDED COMPLAINT to ROBERT RUBIN, defendant therein named, at 17 SAINT JAMES DRIVE, PALM BEACH GARDENS, FL. 33418-4018, his/her last known address by enclosing same in an envelope, postage prepaid, and depositing it in an official depository under the exclusive custody and control of the United States Postal service. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Bruce Lazarus
Lic. 1346142

Sworn to before me this
7th day of May 2018.

_____
NOTARY PUBLIC

MAUREEN I. MINTZER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MI4827421
Qualified in Westchester County
My Commission Expires May 31, 20__

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing.
This form may be used for domestic and international mail.

From:
L/E
205 E. 42ND ST
20TH FL
NYC 10017

To:
ROBERT RUBIN
17 SAINT JAMES DR.
PALM BEACH GARDENS
FL 33418-4018

PS Form 3817, April 2007 PSN 7530-02-000-9065

1000

U.S. POSTAGE PAID
NEW YORK, NY
10017
MAY 07, 18
AMOUNT
$1.40
R2304E105619-18

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Aaron Rubenstein, )
)
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 17 Civ. 821 (JPO)
Carlos Rodriguez, John R. Burch, Charles Keates, )
Heinz Wiezorek, Charlotte Wiezorek, Eva Wiezorek, )
Thomas Brunner, Gary Atwell, Susan Atwell, Larry )
Souza, Sharon Souza, Robert Rubin, Nancy Rubin, )
and Jennifer Coll, individually and as trustee for )
unknown beneficiaries )
Defendant(s) )

and Sears Holdings Corp., Nominal Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert Rubin and Nancy Rubin

Address for both Defendants:
625 Bodwell Street Extension
Avon, MA 02322

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Miriam Tauber
MIRIAM TAUBER LAW
885 Park Ave 2A
New York NY 10075
or by email to: MiriamTauberLaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/8/2018 /s/ P. Canales

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ROBERT RUBIN, 625 RODWELL ST, AVON, MA
was received by me on *(date)* 5/1/18 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* BRAD RUBIN, V.P. (WHITE MALE, 55YO, 5'9", 175-, GRAY HAIR), who is designated by law to accept service of process on behalf of *(name of organization)* ROBERT RUBIN
on *(date)* 5/4/18 1:00 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/4/18

*Mark Nicol*
Server's signature

MARK NICOL - PROCESS SERVER
Printed name and title

PO BOX 859103
MILTON, MA 02186
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aaron Rubenstein,

                      Plaintiff,

-vs-

Carlos Rodriguez, John R. Burch, et al.

                      Defendants.

Case No.
17 Civ. 821 (JPO)

AFFIDAVIT OF MAILING

STATE OF NEW YORK}
COUNTY OF NEW YORK}ss:

Reginald Hunter, being duly sworn, deposes and says, I am not a party to this action, am over 18 years old and reside at Bronx, NY;

On May 9, 2018, I mailed a copy of the within SUMMONS, SECOND AMENDED COMPLAINT to ROBERT RUBIN, defendant therein named, at 625 Bodwell Street Extension, Avon, MA 02322, his/her business address by enclosing same in an envelope, postage prepaid, and depositing it in an official depository under the exclusive custody and control of the United States Postal service. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Bruce Lazarus
Lic. 1346142

Sworn to before me this
9TH day of May 2018.

NOTARY PUBLIC

MAUREEN I. MINTZER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MI4827421
Qualified in Westchester County
My Commission Expires May 31, 20__

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

Aaron Rubenstein,

*Plaintiff(s)*

v.

Carlos Rodriguez, John R. Burch, Charles Keates, Heinz Wiezorek, Charlotte Wiezorek, Eva Wiezorek, Thomas Brunner, Gary Atwell, Susan Atwell, Larry Souza, Sharon Souza, Robert Rubin, Nancy Rubin, and Jennifer Coll, individually and as trustee for unknown beneficiaries

*Defendant(s)*

and Sears Holdings Corp., Nominal Defendant

Civil Action No. 17 Civ. 821 (JPO)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert Rubin and Nancy Rubin

Address for both Defendants:
625 Bodwell Street Extension
Avon, MA 02322

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Miriam Tauber
MIRIAM TAUBER LAW
885 Park Ave 2A
New York NY 10075
or by email to: MiriamTauberLaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/8/2018

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

| Case:<br>1:17-CV-00821-JPO | Court:<br>United States District Court for the Southern District of New York | County: | Job:<br>2251979 (Rubenstein v Sears) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>AARON RUBENSTEIN | | Defendant / Respondent:<br>CARLOS RODRIGUEZ, et al. | |
| Received by:<br>Michael R. Meyer - CPS2016/SPS1460 | | For:<br>Legal Ease Inc. | |
| To be served upon:<br>NANCY RUBIN | | | |

I, Michael R. Meyer - CPS2016/SPS1460, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   NANCY RUBIN, 17 SAINT JAMES DR, PALM BEACH GARDENS, FL 33418-4018
Manner of Service:   Posted, May 7, 2018, 6:12 am EDT
Documents:   Summons (Received May 4, 2018 at 8:25am EDT), Second Amended Complaint, including Exhibits (Received May 4, 2018 at 8:25am EDT)

### Additional Comments:
1) Unsuccessful Attempt: May 4, 2018, 3:32 pm EDT at 17 SAINT JAMES DR, PALM BEACH GARDENS, FL 33418-4018
Attempt made not served. Residents are avoiding contact. Security and the female neighbor at 19 confirmed residency of both defendants. No answer or movement at courtyard door. I rang the buzzer several times but there was no response. There was a yard maintenance invoice and a USPS package for Robert Rubin at the door (photo available). There are also multiple cameras on the property. While returning from speaking to the neighbor at 19 I witnessed the door to the garage closing. I saw a dark colored BMW convertible with a Florida tag in the garage, but the door was already half closed when I saw it so I was unable to see the person that came out of the garage and retreated before I could catch them. I announced my purpose and knocked a few more times, but no one responded. I know that someone came out of the garage because after it closed the package and invoice that were on the courtyard door were now gone.

2) Unsuccessful Attempt: May 5, 2018, 9:43 pm EDT at 17 SAINT JAMES DR, PALM BEACH GARDENS, FL 33418-4018
Attempt made not served. No answer or movement inside. Package for Nancy Rubin at the door. Photo available.

3) Unsuccessful Attempt: May 7, 2018, 6:10 am EDT at 17 SAINT JAMES DR, PALM BEACH GARDENS, FL 33418-4018
Attempt made not served. No answer or movement inside. Package for Nancy Rubin at the door.

4) Successful Attempt: May 7, 2018, 6:12 am EDT at 17 SAINT JAMES DR, PALM BEACH GARDENS, FL 33418-4018 received by NANCY RUBIN. Posted documents to a white double door of a one story single family home with gray stucco.

Under penalties of perjury, I swear or affirm that, pursuant to Fla. Stat. 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, I have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____   5/7/18
Michael R. Meyer - CPS2016/SPS1460   Date

Legal Ease Inc.
205 East 42nd Street 20th Floor
New York, NY 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aaron Rubenstein,

                                 Plaintiff,

-vs-

Carlos Rodriguez, John R. Burch, et al.

                                 Defendants.

Case No.
17 Civ. 821 (JPO)

AFFIDAVIT OF
MAILING

STATE OF NEW YORK}
COUNTY OF NEW YORK}ss:

Reginald Hunter, being duly sworn, deposes and says, I am not a party to this action, am over 18 years old and reside at Bronx, NY;

On May 7, 2018, I mailed a copy of the within SUMMONS, SECOND AMENDED COMPLAINT to NANCY RUBIN, defendant therein named, at 17 SAINT JAMES DRIVE, PALM BEACH GARDENS, FL. 33418-4018, his/her last known address by enclosing same in an envelope, postage prepaid, and depositing it in an official depository under the exclusive custody and control of the United States Postal service. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Bruce Lazarus
Lic. 1346142

Sworn to before me this
7th day of May 2018.

NOTARY PUBLIC

MAUREEN I. MINTZER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MI4827421
Qualified in Westchester County
My Commission Expires May 31, 20__

**UNITED STATES POSTAL SERVICE®**

Certificate Of Mailing

This Certificate of Mailing provides ~~~
This form may be used ~~~

From: LL
205 E. 42ND ST,
20 TH FL
NYC 10017

To: NANCY RUBEN
17 SAINT JAMES DR
PALM BEACH GARDEN
FL 33418-4014

PS Form **3817**, April 2007 PSN 7530-02-000-9065

1000

U.S. POSTAGE PAID
NEW YORK, NY
10017
MAY 07 18
AMOUNT
$1.40
R2304E105619-18

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Aaron Rubenstein,

*Plaintiff(s)*

v.

Carlos Rodriguez, John R. Burch, Charles Keates, Heinz Wiezorek, Charlotte Wiezorek, Eva Wiezorek, Thomas Brunner, Gary Atwell, Susan Atwell, Larry Souza, Sharon Souza, Robert Rubin, Nancy Rubin, and Jennifer Coll, individually and as trustee for unknown beneficiaries

*Defendant(s)*

and Sears Holdings Corp., Nominal Defendant

Civil Action No. 17 Civ. 821 (JPO)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert Rubin and Nancy Rubin

Address for both Defendants:
625 Bodwell Street Extension
Avon, MA 02322

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Miriam Tauber
MIRIAM TAUBER LAW
885 Park Ave 2A
New York NY 10075
or by email to: MiriamTauberLaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/8/2018

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NANCY RUBIN, 625 BODWELL ST EXT.
was received by me on *(date)* 5/1/18 . AVON, MA

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* BRAD RUBIN, V.P. (WHITE MALE, 55 YO, 5'9", 175#– GREY HAIR), who is
designated by law to accept service of process on behalf of *(name of organization)* NANCY RUBIN
on *(date)* 5/4/18 1:00 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/4/18

_____
Server's signature

MARK NICOL – PROCESS SERVER
Printed name and title

PO BOX 989103
MILTON, MA 02186
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aaron Rubenstein,

                              Plaintiff,

-vs-

Carlos Rodriguez, John R. Burch, et al.

                             Defendants.

Case No.
17 Civ. 821 (JPO)

AFFIDAVIT OF MAILING

STATE OF NEW YORK}
COUNTY OF NEW YORK}ss:

Reginald Hunter, being duly sworn, deposes and says, I am not a party to this action, am over 18 years old and reside at Bronx, NY;

On May 9, 2018, I mailed a copy of the within SUMMONS, SECOND AMENDED COMPLAINT to NANCY RUBIN, defendant therein named, at 625 Bodwell Street Extension, Avon, MA 02322, his/her business address by enclosing same in an envelope, postage prepaid, and depositing it in an official depository under the exclusive custody and control of the United States Postal service. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Bruce Lazarus
Lic. 1346142

Sworn to before me this
9TH day of May 2018.

_____
NOTARY PUBLIC

MAUREEN I. MINTZER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MI4827421
Qualified in Westchester County
My Commission Expires May 31, 20__