AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Aaron Rubenstein,

)
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 17 Civ. 821 (JPO)
Carlos Rodriguez, John R. Burch, Charles Keates, )
Heinz Wiezorek, Charlotte Wiezorek, Eva Wiezorek, )
Thomas Brunner, Gary Atwell, Susan Atwell, Larry )
Souza, Sharon Souza, Robert Rubin, Nancy Rubin, )
and Jennifer Coll, individually and as trustee for )
unknown beneficiaries )
*Defendant(s)* )

and Sears Holdings Corp., Nominal Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Larry Souza and Sharon Souza
417 Camino de Celeste
Thousand Oaks CA 91360

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Miriam Tauber
MIRIAM TAUBER LAW
885 Park Ave 2A
New York NY 10075
or by email to: MiriamTauberLaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/08/2018 /S/ P. NEPTUNE

*Signature of Clerk or Deputy Clerk*



| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Southern District Of New York | | | | |
| Plaintiff: AARON RUBENSTEIN | | | | |
| Defendant: CARLOS RODRIGUEZ, ET AL. | | | | |
| **AFFIDAVIT OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: 17 Civ. 821 (JPO) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPALINT FOR RECOVERY OF SHORT SWING PROFITS UNDER 15 U.S.C. § 78p(b) WITH EXHIBITS

3. a. Party served: LARRY SOUZA

4. Address where the party was served: 417 CAMINO DE CELESTE
   THOUSAND OAKS, CA 91360

5. I served the party:
   d. **by other means** On: Tue., Jun. 05, 2018 at: 4:20PM By posting a copy for each tenant in a conspicuous place on the property, being no person of age and discretion to be found of said tenant(s) at property where situated,

7. Person Who Served Papers:   Fee for Service:
   a. NANCY J BANFIELD
   b. **LEGALEASE, INC.**
      205 EAST 42ND STREET, 20TH FLOOR
      NEW YORK, NY 10017
   c. 212.393.9070

8. I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE SUMMONS   (NANCY J BANFIELD)   3939070.62513

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | Ref. No or File No.: | | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Southern District Of New York | | | | |
| Plaintiff: AARON RUBENSTEIN | | | | |
| Defendant: CARLOS RODRIGUEZ, ET AL. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 17 Civ. 821 (JPO) |

1. I, NANCY J BANFIELD, and any employee or independent contractors retained by LEGALEASE, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LARRY SOUZA as follows:

2. Documents: SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPALINT FOR RECOVERY OF SHORT SWING PROFITS UNDER 15 U.S.C. § 78p(b) WITH EXHIBITS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 05/21/18 | 4:50pm | Home | TRIED RESIDENCE, NO ANSWER AT THE DOOR; QUIET, NO CARS. MAIL VISIBLE ADDRESSED TO LAWRENCE M. SOUZA Attempt made by: NANCY J BANFIELD. Attempt at: 417 CAMINO DE CELESTE THOUSAND OAKS, CA 91360. |
| Wed | 05/23/18 | 7:20am | Home | TRIED RESIDENCE, NO ANSWER AT THE DOOR; QUIET, NO CARS. MAIL STILL THERE Attempt made by: NANCY J BANFIELD. Attempt at: 417 CAMINO DE CELESTE THOUSAND OAKS, CA 91360. |
| Fri | 05/25/18 | 7:45am | Home | TRIED RESIDENCE, NO ANSWER AT THE DOOR; NEIGHBOR CONFIRMED ADDRESS Attempt made by: NANCY J BANFIELD. Attempt at: 417 CAMINO DE CELESTE THOUSAND OAKS, CA 91360. |
| Tue | 05/29/18 | 6:30pm | Home | TRIED RESIDENCE, NO ANSWER AT THE DOOR; NO ACTIVITY, NO CARS Attempt made by: NANCY J BANFIELD. Attempt at: 417 CAMINO DE CELESTE THOUSAND OAKS, CA 91360. |
| Thu | 05/31/18 | 8:50pm | Home | TRIED RESIDENCE, NO ANSWER AT THE DOOR; DARK, NO ANSWER, MAIL GONE. NO CARS. DOOR MARKER HAS MOVED, THERE HAS BEEN ACTIVITY Attempt made by: NANCY J BANFIELD. Attempt at: 417 CAMINO DE CELESTE THOUSAND OAKS, CA 91360. |

Page Number 1
U Date: Wed, Jun. 06, 2018

AFFIDAVIT OF REASONABLE DILIGENCE

3939070.62513

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Telephone No: | Ref. No or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Southern District Of New York | | |
| Plaintiff: AARON RUBENSTEIN | | |
| Defendant: CARLOS RODRIGUEZ, ET AL. | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 17 Civ. 821 (JPO) |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/02/18 | 5:30pm | Home | TRIED RESIDENCE, NO ANSWER AT THE DOOR; PORCH LIGHT ON, NO CARS Attempt made by: NANCY J BANFIELD. Attempt at: 417 CAMINO DE CELESTE THOUSAND OAKS, CA 91360. |
| Mon | 06/04/18 | 7:00am | Home | TRIED RESIDENCE, NO ANSWER AT THE DOOR; NO CARS, NO ACTIVITY Attempt made by: NANCY J BANFIELD. Attempt at: 417 CAMINO DE CELESTE THOUSAND OAKS, CA 91360. |
| Tue | 06/05/18 | 4:20pm | Home | Posted At Residence on: LARRY SOUZA Home - 417 CAMINO DE CELESTE THOUSAND OAKS, CA 91360 by Serving: party in item 3.a.. Served by: NANCY J BANFIELD |

3. Person Executing
   a. NANCY J BANFIELD
   b. LEGALEASE, INC.
      205 EAST 42ND STREET, 20TH FLOOR
      NEW YORK, NY 10017
   c. 212.393.9070

   d. The Fee for service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: LA 5054
      (iii) County: Los Angeles

4. I declare under penalty of perjury under the laws of the State of New York and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Jun. 06, 2018

Page Number 2

(NANCY J BANFIELD)

AFFIDAVIT OF REASONABLE DILIGENCE

3939070.62513

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

Aaron Rubenstein

                Plaintiff,

-vs-

Carlos Rodriguez, John R. Burch, et al.

                Defendants.

Case No.
17 Civ. 821 (JPO)

AFFIDAVIT OF MAILING

---

STATE OF NEW YORK}
COUNTY OF NEW YORK}ss:

Bruce Lazarus, being duly sworn, deposes and says, I am not a party to this action, am over 18 years old and reside at New York, NY;

On June 6, 2018, I mailed a copy of the within SUMMONS and SECOND AMENDED COMPLAINT to LARRY SOUZA, defendant therein named, at 417 Camino de Celeste, Thousand Oaks, CA 91360, their last known address by enclosing same in an envelope, postage prepaid, and depositing it in an official depository under the exclusive custody and control of the United States Postal service. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

                                          Bruce Lazarus

Sworn to before me this
6th day of June 2018.

NOTARY PUBLIC

MAUREEN I MINTZER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MI4827421
Qualified in New York County
My Commission Expires 05-31-20

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Aaron Rubenstein,

*Plaintiff(s)*

v.

Carlos Rodriguez, John R. Burch, Charles Keates, Heinz Wiezorek, Charlotte Wiezorek, Eva Wiezorek, Thomas Brunner, Gary Atwell, Susan Atwell, Larry Souza, Sharon Souza, Robert Rubin, Nancy Rubin, and Jennifer Coll, individually and as trustee for unknown beneficiaries

*Defendant(s)*

and Sears Holdings Corp., Nominal Defendant

Civil Action No. 17 Civ. 821 (JPO)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Larry Souza and Sharon Souza
417 Camino de Celeste
Thousand Oaks CA 91360

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Miriam Tauber
MIRIAM TAUBER LAW
885 Park Ave 2A
New York NY 10075
or by email to: MiriamTauberLaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/08/2018                                    /S/ P. NEPTUNE
                                                   *Signature of Clerk or Deputy Clerk*



| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Southern District Of New York | | | | |
| Plaintiff: AARON RUBENSTEIN | | | | |
| Defendant: CARLOS RODRIGUEZ, ET AL. | | | | |
| **AFFIDAVIT OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: 17 Civ. 821 (JPO) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPALINT FOR RECOVERY OF SHORT SWING PROFITS UNDER 15 U.S.C. § 78p(b) WITH EXHIBITS

3. a. Party served:     SHARON SOUZA

4. Address where the party was served:     417 CAMINO DE CELESTE
   THOUSAND OAKS, CA 91360

5. I served the party:
   d. **by other means** On: Tue., Jun. 05, 2018 at: 4:20PM By posting a copy for each tenant in a conspicuous place on the property, being no person of age and discretion to be found of said tenant(s) at property where situated.

7. **Person Who Served Papers:**     Fee for Service:
   a. NANCY J BANFIELD
   b. **LEGALEASE, INC.**
      205 EAST 42ND STREET, 20TH FLOOR
      NEW YORK, NY 10017
   c. 212.393.9070

8. I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE SUMMONS     (NANCY J BANFIELD)     3939070.62514

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: | | Ref. No or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Southern District Of New York | | | | | |
| Plaintiff: AARON RUBENSTEIN | | | | | |
| Defendant: CARLOS RODRIGUEZ, ET AL. | | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 17 Civ. 821 (JPO) | |

1. I, NANCY J BANFIELD, and any employee or independent contractors retained by LEGALEASE, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant SHARON SOUZA as follows:

2. Documents: SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPALINT FOR RECOVERY OF SHORT SWING PROFITS UNDER 15 U.S.C. § 78p(b) WITH EXHIBITS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 05/21/18 | 4:50pm | Home | TRIED RESIDENCE, NO ANSWER AT THE DOOR; QUIET, NO CARS. MAIL VISIBLE ADDRESSED TO LAWRENCE M. SOUZA Attempt made by: NANCY J BANFIELD. Attempt at: 417 CAMINO DE CELESTE THOUSAND OAKS, CA 91360. |
| Wed | 05/23/18 | 7:20am | Home | TRIED RESIDENCE, NO ANSWER AT THE DOOR; QUIET, NO CARS. MAIL STILL THERE Attempt made by: NANCY J BANFIELD. Attempt at: 417 CAMINO DE CELESTE THOUSAND OAKS, CA 91360. |
| Fri | 05/25/18 | 7:45am | Home | TRIED RESIDENCE, NO ANSWER AT THE DOOR; NEIGHBOR CONFIRMED ADDRESS Attempt made by: NANCY J BANFIELD. Attempt at: 417 CAMINO DE CELESTE THOUSAND OAKS, CA 91360. |
| Tue | 05/29/18 | 6:30pm | Home | TRIED RESIDENCE, NO ANSWER AT THE DOOR; NO ACTIVITY, NO CARS Attempt made by: NANCY J BANFIELD. Attempt at: 417 CAMINO DE CELESTE THOUSAND OAKS, CA 91360. |
| Thu | 05/31/18 | 8:50pm | Home | TRIED RESIDENCE, NO ANSWER AT THE DOOR; DARK, NO ANSWER, MAIL GONE. NO CARS. DOOR MARKER HAS MOVED, THERE HAS BEEN ACTIVITY Attempt made by: NANCY J BANFIELD. Attempt at: 417 CAMINO DE CELESTE THOUSAND OAKS, CA 91360. |

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Telephone No: | Ref. No or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Southern District Of New York | | |
| Plaintiff: AARON RUBENSTEIN | | |
| Defendant: CARLOS RODRIGUEZ, ET AL. | | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 17 Civ. 821 (JPO) |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/02/18 | 5:30pm | Home | TRIED RESIDENCE, NO ANSWER AT THE DOOR; PORCH LIGHT ON, NO CARS Attempt made by: NANCY J BANFIELD. Attempt at: 417 CAMINO DE CELESTE THOUSAND OAKS, CA 91360. |
| Mon | 06/04/18 | 7:00am | Home | TRIED RESIDENCE, NO ANSWER AT THE DOOR; NO CARS, NO ACTIVITY Attempt made by: NANCY J BANFIELD. Attempt at: 417 CAMINO DE CELESTE THOUSAND OAKS, CA 91360. |
| Tue | 06/05/18 | 4:20pm | Home | Posted At Residence on: SHARON SOUZA Home - 417 CAMINO DE CELESTE THOUSAND OAKS, CA 91360 by Serving: party in item 3.a.. Served by: NANCY J BANFIELD |

3. Person Executing
   a. NANCY J BANFIELD
   b. LEGALEASE, INC.
      205 EAST 42ND STREET, 20TH FLOOR
      NEW YORK, NY 10017
   c. 212.393.9070

d. The Fee for service was:
e. I am:  (3) registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:    LA 5054
   (iii) County:              Los Angeles

4. I declare under penalty of perjury under the laws of the State of New York and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Jun. 06, 2018

Page Number 2

(NANCY J BANFIELD)

AFFIDAVIT OF REASONABLE DILIGENCE

3939070.62514

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Aaron Rubenstein

                                      Plaintiff,

-vs-

Carlos Rodriguez, John R. Burch, et al.

                                      Defendants.

Case No.
17 Civ. 821 (JPO)

AFFIDAVIT OF MAILING

STATE OF NEW YORK}
COUNTY OF NEW YORK}ss:

Bruce Lazarus, being duly sworn, deposes and says, I am not a party to this action, am over 18 years old and reside at New York, NY;

On June 6, 2018, I mailed a copy of the within SUMMONS and SECOND AMENDED COMPLAINT to SHARON SOUZA, defendant therein named, at 417 Camino de Celeste, Thousand Oaks, CA 91360, their last known address by enclosing same in an envelope, postage prepaid, and depositing it in an official depository under the exclusive custody and control of the United States Postal service. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

                                                          Bruce Lazarus

Sworn to before me this
6th day of June 2018.

NOTARY PUBLIC

MAUREEN I MINTZER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MI4827421
Qualified in New York County
My Commission Expires 05-31-20