UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON RUBENSTEIN,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>CARLOS RODRIGUEZ, JOHN R. BURCH, CHARLES KEATES, HEINZ WIEZOREK, CHARLOTTE WIEZOREK, EVA WIEZOREK, THOMAS BRUNNER, GARY ATWELL, SUSAN ATWELL, LARRY SOUZA, SHARON SOUZA, ROBERT RUBIN, NANCY RUBIN, and JENNIFER COLL, *individually and as trustee for unknown beneficiaries*,<br><br>　　　　　　　Defendants,<br><br>　　　　　　　and<br><br>SEARS HOLDINGS CORP.,<br><br>　　　　　　　Nominal Defendant. | No.  17 Civ. 821 (JPO)<br>(ECF Case) |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT THOMAS BRUNNER PURSUANT TO F.R.C.P. 41(a)(1)

　　　　Plaintiff and his counsel hereby give notice of Plaintiff's voluntary dismissal with prejudice of Defendant Thomas Brunner, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Defendant Brunner has not filed an answer or motion for summary judgment as of this time.

Dated:　July 20, 2018

*s/ Miriam Tauber*　　　　　　　　　　　　　　*s/ David Lopez*

Miriam Tauber　　　　　　　　　　　　　　　David Lopez
885 Park Ave. 2A, New York, NY 10075　　　171 Edge of Woods Rd. / PO Box 323,
323-790-4881　　　　　　　　　　　　　　　Southampton, NY 11968; 631-287-5520
MiriamTauberLaw@gmail.com　　　　　　　DavidLopezEsq@aol.com

　　　　　　　　　　　　　　*Attorneys for Plaintiff*

1