UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON RUBENSTEIN,

    Plaintiff,

v.

CARLOS RODRIGUEZ, JOHN R. BURCH, CHARLES KEATES, HEINZ WIEZOREK, CHARLOTTE WIEZOREK, EVA WIEZOREK, THOMAS BRUNNER, GARY ATWELL, SUSAN ATWELL, LARRY SOUZA, SHARON SOUZA, ROBERT RUBIN, NANCY RUBIN, and JENNIFER COLL, *individually and as trustee for unknown beneficiaries,*

    Defendants,

and

SEARS HOLDINGS CORP.,

    Nominal Defendant.

No. 17 Civ. 821 (JPO)
(ECF Case)

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT THOMAS BRUNNER PURSUANT TO F.R.C.P. 41(a)(1)

Plaintiff and his counsel hereby give notice of Plaintiff's voluntary dismissal with prejudice of Defendant Thomas Brunner, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Defendant Brunner has not filed an answer or motion for summary judgment as of this time.

Dated: 7/23/2018

_____
Miriam Tauber
885 Park Ave. 2A, New York, NY 10075
323-790-4881
MiriamTauberLaw@gmail.com

_____
David Lopez
171 Edge of Woods Rd. / PO Box 323,
Southampton, NY 11968; 631-287-5520
DavidLopezEsq@aol.com

*Attorneys for Plaintiff*

SO ORDERED: _____   7/23/18
               J. PAUL OETKEN
             United States District Judge