UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Rubinstein                          Plaintiff,         Case No. 17-cv-00821

-against-

Berkowitz et al                     Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending           [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Amy J. Greer**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____   My State Bar Number is  4645107

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Reed Smith LLP
            FIRM ADDRESS: 599 Lexington Avenue
            FIRM TELEPHONE NUMBER: 212.521.5400
            FIRM FAX NUMBER: 212.5215450

NEW FIRM:   FIRM NAME: Morgan Lewis & Bockius LLP
            FIRM ADDRESS: 101 Park Avenue
            FIRM TELEPHONE NUMBER: 212.309.6000
            FIRM FAX NUMBER: 212.309.6001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 30, 2018

/s/ Amy J. Greer
ATTORNEY'S SIGNATURE