# MIRIAM TAUBER LAW

885 Park Avenue 2A • New York, NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

September 20, 2018

**Via ECF**
Hon. J. Paul Oetken, U.S.D.J. (S.D.N.Y.)
40 Foley Square, New York NY 10007

Re: *Rubenstein v. Berkowitz* et. al., No. 1:17 Civ. 00821-JPO (S.D.N.Y.)

**Extension of Stipulated Briefing Schedule for**
**Defendants' Motion to Dismiss the Second Amended Complaint**

Dear Judge Oetken:

Defendants' filed their pending motion to dismiss the SAC on August 17, 2018 (Dkts. 81-83). Pursuant to the stipulated briefing scheduled so-ordered by the Court on August 3, 2018, Plaintiff's opposition was to be filed on September 17, 2018. Defendants' reply is currently due on October 5, 2018.

On September 18, Defendants' counsel courteously agreed to Plaintiff's request for an extension of time to file Plaintiff's opposition to the motion, and in view of the intervening Yom Kippur holiday on September 19, Plaintiff's memorandum in opposition was filed on the morning of September 20.

Plaintiff has of course agreed to a reciprocal extension of time for Defendants' to file their reply.

On behalf of the Plaintiff, I apologize for any delay, and appreciate the Defendants' consideration and the Court's ongoing attention to this case.

Respectfully submitted,

*s/ Miriam Tauber*
_____
Miriam Tauber (MT-1979)
*Attorney for Plaintiff*

cc:    all counsel (via ECF)