UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON RUBENSTEIN,
                Plaintiff,

-v-

ROFAM INV. LLC, et al.,
                Defendants,

and

SEARS HOLDING CORP.,
                Nominal Defendant.

17-CV-821 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Clerk of Court is directed to recaption this case in the manner set forth at Docket Number 79-1.

    SO ORDERED.

Dated: April 11, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge